Lonnie SNELLING, Plaintiff/Appellant,

v.

LAND CLEARANCE FOR REDEVELOP-
MENT AUTHORITY OF the CITY OF
ST. LOUIS and St. Louis Housing Au-
thority, Respondents.

No. 65007.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 21, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 4, 1994.

Application to Transfer Denied
Sept. 20, 1994.

Lonnie Snelling, pro se.

Deanne M. Macer and Mildred Motley, St.
Louis, for respondent.

Before GARY M. GAERTNER, C.J., and
PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Appellant, Lonnie Snelling, appeals from
an order of summary judgment entered in
the Circuit Court of the City of St. Louis on
his claim of actionable nuisance against re-
spondents, Land Clearance for Redevelop-
ment Authority of the City of St. Louis and
St. Louis Housing Authority. We affirm.
We have reviewed the briefs of the parties
and the legal file and find the findings and
conclusions of the circuit court are not clearly
erroneous. As we further find an extended
opinion would have no precedential value, we
affirm the circuit court's order pursuant to
Rule 84.16(b).